IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JACLYN STOKKE,

                                                                                    ORDER

        Plaintiff,

                                                                                    14-cv-538-bbc

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        The parties have moved jointly for judgment reversing the decision of Carolyn W. Colvin, Acting Commissioner of Social Security in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

        On remand, the administrative law judge will offer plaintiff an opportunity for a new hearing and then proceed through the five-step disability evaluation process, as appropriate.

ORDER

        IT IS ORDERED that the decision of Carolyn W. Colvin, Acting Commissioner of

Social Security in this case is REVERSED.  The case is REMANDED to the commissioner.

Entered this 11th day of February, 2015.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge

2