IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACLYN STOKKE,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

    v.                                                   Case No. 14-cv-538-bbc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

      This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jaclyn Stokke reversing the decision of the Commissioner and remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


    s/ N. Nelson, Deputy Clerk                            February 12, 2015
Peter Oppeneer, Clerk of Court                                Date